JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARCEL ROBINSON, | ) | No. CV 13-02742-DSF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) ) ) | |
| Respondents. | ) | |

    Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

2/24/14

DATED:_____

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE